BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELVA GONZALES (FORMERLY BELVA MCGEE)<br><br>Plaintiff,<br><br>v.<br><br>**MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. CIV-08-223 GGH<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 29, 2008, to December 5, 2008. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through November 2008.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: September 25, 2008 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: September 29, 2008 | McGregor W. Scott |
| | United States Attorney |
| | /s/  *Jacqueline Forslund for* <br> THEOPHOUS J. REAGANS |
| | Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: 10/01/08        /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

gonzales.eot

2