1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BELVA GONZALES** <br> **(FORMERLY BELVA MCGEE)** <br>  <br> Plaintiff, <br>  <br> v. <br>  <br> **MICHAEL J. ASTRUE** <br> **Commissioner of Social Security** <br> **of the United States of America,** <br>  <br> **Defendant.** | Case No.  CIV-08-223 GGH <br>  <br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended to January 13, 2009.  Plaintiff's counsel requires this additional time due to her crushing case load.

/ / / /

/ / / /

/ / / /

1

Dated:  January 7, 2009        */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: January 7, 2009         McGregor W. Scott

United States Attorney

/s/   *Theophous J. Reagans*
THEOPHOUS J. REAGANS

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: January 13, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

gonzales223.eot

2