1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8943
       Facsimile:  (415) 744-0134
7      E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12 BELVA GONZALES,            )   CIVIL NO. 2:08-CV-223 GGH
   (FORMERLY BELVA MCGEE)     )
13                            )   STIPULATION FOR EXTENSION OF TIME
                              )   TO FILE DEFENDANT'S RESPONSE
14      Plaintiff,            )
                              )
15         v.                 )
                              )
16 MICHAEL J. ASTRUE,         )
   Commissioner of            )
17 Social Security,           )
                              )
18      Defendant.            )
   _____)

19

20     IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval

21 of the Court, that Defendant shall have a 30-day extension of time up to and through March 17, 2009, in

22 which to e-file his response to Plaintiff's motion for summary judgment.  This extension is requested

23 because the Commissioner is reviewing the defensibility of this case.  Counsel apologizes for the delay and

24 inconvenience and respectfully requests that the court grant this unopposed request for extension.

25

26

27

28

Dated:   February 17, 2009                    *Bess M. Brewer*
                                              *(As authorized via email on 2/17/08)*
                                              BESS M. BREWER
                                              Attorney for Plaintiff


                                              SCOTT N. SCHOOLS
                                              United States Attorney
                                              LUCILLE GONZALES MEIS
                                              Regional Chief Counsel, Region IX

Dated:   February 17, 2009          By:   */s/ Theophous H. Reagans*
                                          THEOPHOUS H. REAGANS
                                          Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19, 2009

                         /s/ Gregory G. Hollows
                         _____
                              Gregory G. Hollows
                              United States Magistrate Judge
gonzales.eot3