```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    THEOPHOUS H. REAGANS, SBN 189450
 4
        333 Market Street, Suite 1500
 5      San Francisco, CA 94105
        Telephone: (415) 977-8943
 6      Fax: (415) 744-0134

 7  Attorneys for Defendant

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10                       SACRAMENTO DIVISION

11  BELVA M. GONZALES,              ) Case No. 08-CV-223-GGH
                                    )
12            Plaintiff,            ) STIPULATION AND PROPOSED ORDER
                                    ) FOR REMAND PURSUANT TO SENTENCE
13       vs.                        ) FOUR OF 42 U.S.C. § 405(g),
                                    ) and
14  MICHAEL J. ASTRUE,              )
    Commissioner of Social          ) REQUEST FOR ENTRY OF JUDGMENT
15  Security,                       ) IN FAVOR OF PLAINTIFF AND
                                    ) AGAINST DEFENDANT
16            Defendant.            )
                                    )
17  _____)
```

18      The parties hereby stipulate by counsel, with the Court's

19 approval as indicated by issuance of the attached Order, that the

20 above-referenced case be remanded to the Commissioner of Social

21 Security for further administrative proceedings, pursuant to

22 sentence four of 42 U.S.C. section 405(g).

23      On remand, the Appeals Council will instruct the

24 Administrative Law Judge to take the following action:

25      1)   Address the third-party statement by Arthur Gonzales;

26      2)   As appropriate, re-evaluate Plaintiff's subjective

27           complaints;

28

Stip & Proposed Order Re Remand                              Page 1

3) Properly evaluate all of the medical evidence of record;
4) Obtain evidence from a vocational expert to clarify the effect of Plaintiff's assessed limitations on the occupational base;
5) Associate Plaintiff's subsequent applications; and
6) Otherwise develop the record as needed.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff; and against defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: March 10, 2009   By: */s/ Bess E. Brewer*
                            *(As authorized* via E-MAIL)
                            BESS E. BREWER
                            Attorney for Plaintiff

Dated: March 10, 2009       LAWRENCE G. BROWN
                            United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX

                        By: */s/Theophous H. Reagans*
                            Theophous H. Reagans
                            Special Assistant U.S. Attorney
                            Attorneys for Defendant

_____

ORDER

APPROVED AND SO ORDERED.

DATED: March 17, 2009


GREGORY G. HOLLOWS
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE