LAWRENCE G, BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BELVA GONZALES, | CIVIL NO. 2:08-223-GGH |
| Plaintiff, | |
| v. | STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the previously filed Equal Access to Justice Act (EAJA) petition and opposition are hereby withdrawn.

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SEVEN HUNDRED dollars and ZERO cents ($5,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees,

and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FIVE THOUSAND SEVEN HUNDRED dollars and ZERO cents ($5,700.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: May 7, 2009                By: */s/ Bess M. Brewer*
                                  *(As authorized via EMAIL)*
                                  BESS M. BREWER
                                  Attorney for Plaintiff

                                  McGREGOR W. SCOTT
                                  United States Attorney
                                  LUCILLE GONZALES MEIS
                                  Regional Chief Counsel, Region IX

Dated: May 7, 2009                By:   */s/ Theophous H. Reagans*
                                  THEOPHOUS H. REAGANS
                                  Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that counsel for Plaintiff, assignee, shall be awarded attorney fees in the amount of FIVE THOUSAND SEVEN HUNDRED dollars and ZERO cents ($5,700.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 11, 2009

                                   /s/ Gregory G. Hollows
                                  U.S. MAGISTRATE JUDGE


gonzales.eaja

2